## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No.  CR-02-00220(B)-SJO | Date  April 21, 2008 |

Present: The Honorable   S. JAMES OTERO

Interpreter   Varvara Olson

| Victor Paul Cruz | Margarita Lopez | Susan J. De Witt |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6) Aleksejus Markovskis | x | X | | 6) Matthew J. Lombard | X | X | |

**Proceedings:**   Government's motion for a reduction of the sentencing

Hearing held. The Court has reviewed government's motion for a reduction of the sentencing. Defendant has not filed a position. The government requests that the Court reduce the defendant's sentence from 180 months to 150 months incarceration. Defendant's counsel requests that the Court consider defendant's three months served under an immigration hold.

The Court grants the government's motion and sentences the defendant to 150 months imprisonment.

|  | : | 0/02 |
|---|---|---|
| Initials of Deputy Clerk | | vpc |

cc: Probation Officer, Steven Yung